UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Yardley Burgess

    Plaintiff,

vs.   CIVIL ACTION NO. 4:14–cv–01039
Judge Kenneth M. Hoyt

Progressive Finance Holdings, LLC

    Defendant.

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED the 17th of June 2014.

_____
Kenneth M. Hoyt
United States District Judge